UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES B. MILLER,

       Petitioner,                                          Civil Case No. 07-983
                                                               Criminal Case No. 06-045
v.                                                            Honorable David M. Lawson
                                                            Magistrate Judge Joseph G. Scoville

UNITED STATES OF AMERICA,

       Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND DISMISSING PETITION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE

     Presently before the Court is the report issued on December 12, 2007 by Magistrate Judge Scoville pursuant to 28 U.S.C. § 636(b), recommending that this Court dismiss the petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the Magistrate Judge.

     Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt # 4] is **ADOPTED**.

     It is further **ORDERED** that the petition to vacate, set aside, or correct sentence under 28

U.S.C. § 2255 [dkt # 1] is **DISMISSED with prejudice**.

                s/David M. Lawson
                DAVID M. LAWSON
                United States District Judge

Dated: November 5, 2008

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 5, 2008.

            s/Felicia M. Moses
            FELICIA M. MOSES